UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. '23 MJ00233 |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, U.S.C. § 1326 Deported Alien Found In The United States |
| Juan Carlos URBANO, | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about January 25, 2023, within the Southern District of California, defendant, Juan Carlos URBANO, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 26, 2023.

HON. DANIEL E. BUTCHER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Juan Carlos URBANO

## PROBABLE CAUSE STATEMENT

On January 25, 2023, Border Patrol Agent-Intelligence C. Hatala was performing his assigned duties in the Brown Field Station's area of responsibility. Agent Hatala was in plain clothes with his agency issued tactical vest bearing official agency patches and insignia.

At approximately 9:20 AM, Agent Hatala observed a white Volkswagen Jetta turn south on Marron Valley Road from State Route 94, near Dulzura, California. Approximately three minutes later, a Department of Defense scope operator notified agents, via service radio, that four individuals ran from some nearby bushes and entered the Jetta. The Jetta then performed a U-turn, attempting to depart the area by traveling north on Marron Valley Road. At approximately 9:35 AM, a marked Border Patrol vehicle performed a vehicle stop on the Jetta near the 1100 block of Marron Valley Road where it yielded. This area is approximately three miles north of the United States/Mexico International Boundary and approximately eight miles west of the Tecate, California Port of Entry. Agent Hatala approached the driver, and identified himself as a Border Patrol Agent. While speaking with the driver, Agent Hatala observed three individuals in the backseat and one in the front passenger seat. All four passengers were breathing heavily, sweating, and holding backpacks on their laps.

Agent Hatala conducted an immigration inspection and determined that all four passengers, including one later identified as the defendant Juan Carlos URBANO, are citizens of Mexico without immigration documents allowing them to enter or remain the United States legally. At approximately 9:39 AM, all four passengers including the defendant URBANO were placed under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on March 13, 2020 through Chicago, Illinois. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.